# U.S. DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**05 10612 DPW** Civil No. _____

Robert J. Gallagher
Plaintiff

Jury Trial Demanded

Citizens Bank of Massachusetts*
MAGISTRATE JUDGE _____
Defendant

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

## Complaint

Now comes the Plaintiff (P) and states the following:

(1) P is Robert J. Gallagher of 688 Boston Post Rd. East, Unit 103, Marlborough MA. 01752.

(2) P is a Massachusetts State-Certified Educator (#71573) in Administration, Middle School, Elementary School, Math, English, Social Studies, and Latin.

(3) P is an Episcopal Priest in good-standing with the Episcopal Diocese of Massachusetts.

(4) P holds degrees of Doctor of Law '98, Doctor of Ministry '86, Master of Divinity '81, Master of Arts in U.S. History '77, Master of Education '66, and Bachelor of Arts '63.

(5) D is Citizens Bank of Massachusetts*, 500 Boston Post Rd, Marlborough MA 01752, i.e. Citizens Financial Group, Inc.- a $137 billion commercial bank holding company, headquartered in Providence, R.I., with more than 1,600 branches. It operates its 13-state branch network in Connecticut, Delaware, Illinois, Indiana, Massachusetts, Michigan, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, and has non-branch offices in more than 30 states. Citizens is owned by RBS (The Royal Bank of Scotland Group).

(6) On or about February 15, 2005, and several days subsequent, P was in frequent telephone communications with Debbie Megrdichian of Citizens Bank of Massachusetts for a $110,000 equity loan.

(7) The loan was intended to: (a) pay off the balance of the current mortgage with Countrywide @ circa $90,000); (b) pay off a AAA credit card charge which was used for purchase of a 2003 Monte Carlo @ circa $10,000; and, (3) the remainder for home investment repair @ circa $10,000.

(8) Bank Representative Megrdichian quoted P the APR of 0474, i.e., prime - 5.1 = 0474. She added that the highly-competitive Citizens would assume any and all closing costs.

(9) Originally P had not included several revenue sources that would include

both church and state income but once done, the loan was approved.

(10) After several faxes in which P cited 0474 APR repeatedly, without any objection from any bank officials or representatives, D set up a March 11, 2005 closing date. P offered to close the loan at an earlier date lest the prime rise, but was assured that March 11 date had taken prime into full consideration.

(11) For several days prior to March 11, P telephoned D and was assured that 0474 was still the APR and that March 11 was the closing date, i.e., that there was no need to close prior to that date in order to retain 0474 APR.

(12) On March 11, P met with D at which time D breached the original contract. P was told that APR was now **marginally at 5 percent**. Representative telephoned a resource at a "black and white dinner" and the higher APR was defined as final.

(13) P was told that "rather than come back," he could sign then and there "with three days to revoke."

(14) P refused to enter into such ill-advised transaction and informed D that there were two serious issues involved: deceptive practice regarding APR, and D had had been told from the very start that the loan needed to take effect prior to March 15 when AAA Credit Card Services would being charging anywhere from 9% to 18% interest on what would have been paid off by the loan.

(15) P informed D that he would hold Citizens responsible for reimbursement for any and all AAA interest amounts (P has not accrued any interest thus far) as well as for the money differences between mortgage company interest rate of 6% and the promised Citizens rate of 0474.

(16) Bank Representative apologized but was adamant about the higher APR rate.

(17) This Honorable Court has jurisdiction given the nature of Citizens Bank of Massachusetts.

## Summary

Citizens Bank of Massachusetts (D), from day one up to the beginning of closing, cited 0474 APR for $110,000+ loan. D also never contradicted faxes in which P cited that rate. But at the closing itself, without notification whatsoever and with full knowledge that P was pressed for time with AAA payoff interest and Countrywide payoff interest, upped the APR to a marginal 5%.

## Relief Sought

As a result of this unfair and/or deceptive act and/or practice- effective March 15, 2005- P will suffer loss of AAA per diem interest rate 9%-18% payments on $10,000+ as well as immediate (March 12, 2005) increase in mortgage payment interest fees based upon the difference in the current mortgage company loan with Countrywide and the agreed-upon contract with Citizens. The exact amount of damages is tenuous due to the detailed intricacies of such transactions and due

to the length of per diem fees that P will be required to pay but Citizens is well-equipped to ascertain what these specific damages would be.

**Therefore, Plaintiff seeks the following relief:**

(1) Specific Performance of the original terms of the original agreement.

(2) Reimbursement of per diem interest acquired by P on the 3/11/05 $9612.75 balance via AAA VISA Credit Card, which would have been paid off had P kept its word, such per diem reimbursement ending on the day of settlement.

(3) Reimbursement of increased interest and penalties resulting from the difference between the conditions of the Countrywide Loan and the Citizens promised loan, effective March 11, 2005.

(4) $100,000 exemplary damages for deceptive business practices and breach of contract.

(5) Court costs, sheriff's service of process, and attorney fees.

(6) Any other action which this Honorable Court may deem right and just.

Respectfully submitted,

Robert J. Gallagher, Pro Se (at this time)   3/15/05

==================

I hereby certify that a true copy of the above document was served upon the following via first-class mail on March 14, 2005:

Citizens Bank of Massachusetts
500 Boston Post Rd
Marlborough MA 01752

Citizens Bank of Rhode Island (Headquarters)
One Citizens Plaza
Providence, RI 02903

Citizens Bank of Massachusetts
28 State St.
Boston, MA 02109

The Royal Bank of Scotland
Registered Office: 36 St Andrew Square
Edinburgh, EH2 2YB.

Respectfully submitted,

Robert J. Gallagher    3/15/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) **ROBERT J. GALLAGHER V NEW PHARM.NET**

   FILED
   ___'S OFFICE
   2005 MAR 29 A 11: 47

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
            *Also complete AO 120 or AO 121
            for patent, trademark or copyright cases

   ✓ III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, (360), 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

   05-10612-DPW (stamp)

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES    (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES    (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)). **UNKNOWN - DEFENDANT IGNORES EMAIL REQUESTS FOR BUSINESS AND MAILING ADDRESS**
   YES    NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **PRO SE - ROBERT J. GALLAGHER**
ADDRESS **688 BOSTON POST RD E - UNIT 163 MARLBOROUGH MA 01752**
TELEPHONE NO. **508/786-0848**

(Cover sheet local.wpd - 11/27/00)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ROBERT J. GALLAGHER

**DEFENDANTS**
NEW PHARM.NET
RALPHJORDAN@NEWPHARM.NET

(b) County of Residence of First Listed Plaintiff: MIDDLESEX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: UNKNOWN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): 508-786-0846
PRO SE
688 BOSTON POST RD E - UNIT 103
MARLBOROUGH MA 01752

Attorneys (If Known): DEFENDANTS WILL NOT PROVIDE BUSINESS OR MAILING ADDRESS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- 362 Personal Injury - Med. Malpractice
- 365 Personal Injury - Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
FEDERAL AND MASS FAIR DEBT ACT / FED LAWS GOVERNING USE OF TELEPHONE INTERNET

Brief description of cause:
USE OF TELEPHONE/INTERNET TO PERFORM FALSE REPORTS, CHARGES, SLANDER, THREATS

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint: INTIMIDATION
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): N/A
JUDGE
DOCKET NUMBER

DATE: 3/23/05
SIGNATURE OF ATTORNEY OF RECORD: Robert J Gallagher, Pro Se

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE