Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA   02210

Sir/Madam,

 I appear to be getting stonewalled in my efforts to rectify a filing error by the U.S. District Court of Boston- such efforts made both via telephone and via email.
 The basic issue: the Court has issued the same docket number to two separate cases: one which never existed but which is on the docket, and one which does exist but is not on the docket.
 On March 29, 2005, the Court filed, stamped, sealed, and dated **original complaint *Robert. J. Gallagher, Plaintiff, v. NewPharm.net, RalphJordan@NewPharm.net, Defendants***, as Civil Number 05 10612 DPW. Robert J. Gallagher (the party addressing this memo) signed as pro se Plaintiff. **(See Gallagher, Exhibit A under separate email.)** The Court also accepted and cashed a filing fee check for $250.
 On the same date, the same Court issued, stamped, sealed, and dated a ***Summons in a Civil Case*** for the very same complaint. **(See Gallagher, Exhibit B under separate email.)**
 On  May 2, 2005, Plaintiff caused the same complaint and summons to be served by ***ABC Legal Service, Inc.*** on the Defendants for a $250 fee via the only address known, i.e., email, as defendants refused to disclose business address after repeated requests for such and after ***Request to Waive Service of Process*** to economize process. ABC Legal Service, Inc. offered to locate physical address of the internet business for a fee of $5,000 but Plaintiff found this unaffordable. **(See Gallagher, Exhibit C and Exhibit D under separate email.)**
 On May 10, 2005, this same Court replied to Plaintiff's Motions with ***Court's Order on Motions*** but referred to **Civil Number 05 10612 DPW** as a <u>totally different case</u>, i.e., ***Gallagher v. Citizens Bank of Massachusetts***. Plaintiff had originally attempted to file such a complaint but enclosed $150 instead of $250. The Court had sent back the check as insufficient filing fee. Subsequently, Plaintiff did not remit $250 and did not pursue that case.
 As a result of the Court's records, as indicated by the May 10, 2005 ***Court's Order on Motions,*** Plaintiff finds himself in the following position: (Ex. E)
 (1) The Court docket contains a complaint against **Citizens Bank**, a complaint which ought not exist;
 (2) The Court docket contains no complaint against **NewPharm.net Pharmacy ...** despite the fact that Plaintiff has paid $250 to file such and despite the fact that the Court itself has filed, dated, stamped, and sealed a complaint against such defendant;
 (3) The Court docket contains no complaint against **NewPharm.net Pharmacy ...** despite the fact that Plaintiff has *already* caused the most

effective Service of Process he can provide at the expense of $250;

(4) The May 10, 2005 **Court's Order on Motions** leaves both the Plaintiff and the Court itself with a dilemma, i.e., the ruling was made on a Plaintiff Motion regarding *Service of Process*. The facts regarding *serving* a well-advertised bank are radically different from the facts of *serving* an internet business which refuses to disclose its business address, which hides behind an internet address, and which refuses to respond to a *Request for Waiver of Service of Process*. For the Plaintiff to pay $5,000 to physically locate such a business hardly seems conscionable in light of the alternate ways in which an obscure inter-state business could be held accountable, i.e., electronic, publication ... But this issue cannot be addressed further in light of the fact that **the same docket** number has been assigned to **two separate cases**: one which never existed but which is *on the docket*, and one which does exist but is *not on the docket*.

Plaintiff is not seeking legal advice from the Court. Plaintiff requires guidance from the Court for an administrative remedy that does not waste $250 filing fee and $250 Service of Process- and which does not jeopardize the Complaint that he pursues against **NewPharm.net Pharmacy** ... This is in keeping with the Court's history and policy of expediting matters and of economizing expenses.

Thank you for your attention in this matter.

*[signature]*

(The Rev. Dr.) Robert J. Gallagher
Attachments

| | |
|---|---|
| Subj: | **GALLAGHER- 05 10612 Exhibit A** |
| Date: | 5/18/05 9:29:33 A.M. Eastern Daylight Time |
| From: | Revdrbob |
| To: | USDC-BostonInfo@mad.uscourts.gov |
| CC: | ECFhelp@mad.uscourts.gov |



Page 1 of 4

## U.S. District Court
## District of Massachusetts

FILED
IN CLERKS OFFICE
MAR 29 A 10:47

U.S. DISTRICT COURT
DISTRICT OF MASS

Robert J. Gallagher  Civil No.
Plaintiff

05 10612

v.  Jury Trial Demanded

**NewPharm.net**
RalphJordan@NewPharm.net
**Defendant**

### Complaint

Now comes the Plaintiff (P) and states the following:

(1) P is Robert J. Gallagher of 688 Boston Post Rd. East, Unit 103, Marlborough MA 01752.
(2) P is a Massachusetts State-Certified Educator in Administration, Middle School, Elementary School, Math, English, Social Studies, and Latin.
(3) P is an Episcopal Priest in good-standing with the Episcopal Diocese of Massachusetts.
(4) P holds degrees of Doctor of Law (J.D.) '98, Doctor of Ministry '86, Master of Divinity '81, Master of Arts in U.S. History '77, Master of Education '66, and Bachelor of Arts '63.
(5) Defendant (D) NewPharm.net is a licensed Pharmacy advertising "dedicated to bringing you the lowest prices on FDA Approved Medications" with "free online prescriptions, 24/7 customer care, and worldwide free shipping."
(6) More specifically, D is RalphJordan@NewPharm.net who communicated with P via both telephone and inter net email.
(7) P ordered $314 worth of medication online from NewPharm.net on February 8, 2005.
(8) P canceled order within hours when he realized that medication ordered conflicted with blood pressure medication already prescribed.
(9) Pharmacy still sent medications.
(10) P, upon notification to UPS, allowed time to run out for delivery so UPS would return package to seller unopened.
(11) P was charged $314 on VISA card.
(12) P contacted pharmacy frequently for credit.

Wednesday, March 23, 2005 America Online: Revdrbob

Subj: **GALLAGHER- 05 10612 Exhibit B**
Date: 5/18/05 9:34:10 A.M. Eastern Daylight Time
From: Revdrbob
To: USDC-BostonInfo@mad.uscourts.gov
CC: ECFhelp@mad.uscourts.gov



| | |
|---|---|
| Subj: | **GALLAGHER- 05 10612 Exhibit C** |
| Date: | 5/18/05 9:37:31 A.M. Eastern Daylight Time |
| From: | Revdrbob |
| To: | USDC-BostonInfo@mad.uscourts.gov |
| CC: | ECFhelp@mad.uscourts.gov |

**U.S. DISTRICT COURT DISTRICT OF MASSACHUSETTS**

ROBERT J. GALLAGHER, Plaintiff/Petitioner

Cause # 05 10612 DPW

Declaration of Service of
SUMMONS IN A CIVIL CASE; COMPLAINT

vs.
NEWPHARM.NET
RALPHJORDAN@NEWPHARM.NET
Defendant/Respondent

Hearing Date:

Declaration:
The undersigned hereby declares: That s/he, is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not a party to or interested in the above entitled action, and is competent to be a witness therein.

On the date and time of     May 2 2005  3:09PM
at the address of
within the County of                     State of
the declarant duly served the above described documents upon:
NEWPHARM.NET AND RALPHJORDAN@NEWPHARM.NET
by then and there personally delivering   1   true and correct copy(ies) thereof, by that presenting to and leaving the same with
VIA E-MAIL TO THE FOLLOWING ADDRESSES: RALPHJORDAN@NEWPHARM.NET; SERVICE@NEWPARM.NET;
CLIVE@WALLCANN.COM;AFFILIATES@NEWPHARM.NET;LINLEYW@WALLCANN.COM;MELISSA@WALLCANN.COM

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated: May 5, 2005 at Seattle, WA

by _____
   R. Beier   KCNW202999

The documents listed above were served in accordance with RCW 4.28.080 and client instructions. If service was completed on another person or left with a person of suitable age and discretion to identify the resident, it is incumbent upon you, or contact ABC Legal Services, Inc., immediately to verify if further attempts to serve, send by mail, or investigate are required. If service was substituted on a person pursuant to RCW 4.28.080(15), service must be completed by the tenth day when a copy of the documents served is mailed to the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

Service Notes:

| Documents | 0.00 | Scanners: | 0.00 | Other: | 0.00 |
| Travel: | 0.00 | Postage: | 0.00 | Total: | 250.00 |
| Invalid Address (0): | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 0.00 |
| Proof Preparation: | 0.00 | Rush / Special: | 250.00 | | |
| Summons Copy: | 0.00 | Waits/Stake Out Time: | 0.00 | AMOUNT DUE | 250.00 |

Client Ref.:
G-Miscellaneous
(Unknown)
(Unknown), WA 98104
000-000-0000

**CLIENT COPY**
**PROOF OF SERVICE**
Page 1 of 1

ABC Legal Services, Inc.
810 5th Ave. Seattle, WA 98104
(206) 521-9000
Tracking #: 3531862

Subj:   **GALLAGHER- 05 10612 Exhibit D**
Date:   5/18/05 9:43:44 A.M. Eastern Daylight Time
From:  Revdrbob
To:     USDC-BostonInfo@mad.uscourts.gov
CC:    ECFhelp@mad.uscourts.gov

## U.S. DISTRICT COURT DISTRICT OF MASSACHUSETTS

ROBERT J. GALLAGHER
    Plaintiff/Petitioner

vs.
NEWPHARM.NET
RALPHJORDAN@NEWPHARM.NET
    Defendant/Respondent

Cause #: 05 10612 DPW

Declaration of Service of:
SUMMONS IN A CIVIL CASE, COMPLAINT

Hearing Date:

**Declaration**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and at age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action.

On the date and time of May 2, 2005 3:00PM at the address of , within the County of , State of , the declarant duly served NEWPHARM.NET AND RALPHJORDAN@NEWPHARM.NET by then and there personally delivering a true and correct copy leaving the same with VIA E-MAIL TO THE FOLLOWING ADDRESSES: RALPHJORDAN@NEWPHARM.NET CLIVE@WALLCANN.COM,AFFILIATES@NEWPHARM.NET, INTERW@WALLCANN.COM,MELISSA@WAL

No information was provided that indicates that the subject served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated May 3, 2005 at Seattle, WA

by _____
R. Baker    KCR85202809

Service Fee Total: $ 280.00

ABC Legal Services, Inc.
(206) 521-9000
Tracking #: 3531832

ORIGINAL
PROOF OF SERVICE

G-miscellaneous
(Unknown)
(Unknown), WA 98104
000-000-0000

| | |
|---|---|
| Subj: | **GALLAGHER- 05 10612 Exhibit E- The Court's Recent and Only Order on Motion** |
| Date: | 5/18/05 9:46:51 A.M. Eastern Daylight Time |
| From: | Revdrbob |
| To: | USDC-BostonInfo@mad.uscourts.gov |
| CC: | ECFhelp@mad.uscourts.gov |

madci                                                                 Page 1 of 1

**Orders on Motions**
1:05-cv-10612-DPW Gallagher v. Citizens Bank of Massachusetts

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Ryane, Michelle entered on 5/10/2005 at 3:49 PM EDT and filed on 5/10/2005
Case Name:       Gallagher v. Citizens Bank of Massachusetts
Case Number:     1:05-cv-10612
Filer:
Document Number:

Docket Text:
Judge Douglas P. Woodlock : Electronic ORDER entered denying [4] Motion Subsequent to Issuance of Summons. DENIED, the relief sought by plaintiff will only be considered if sought in compliance with relevant rules for service of process and amendment of complaint. (Ryane, Michelle)

The following document(s) are associated with this transaction:

1:05-cv-10612 Notice will be electronically mailed to:

1:05-cv-10612 Notice will not be electronically mailed to:

Robert I. Gallagher
688 Boston Post Rd e-unit-103
Marlborough, MA 01752

MADUSCA/L

https://ecf.mad.circ1.dcn/cgi-bin/Dispatch.pl?320530948063505                05/10/2005

Thursday, May 19, 2005 America Online: Revdrbob