AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FEDERAL DISTRICT     DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number: 05-10612 DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert J. Gallagher - limited appearance to obtain records under subpoena authority.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/16/2005 | _(signature)_ |
| Date | Signature |
| | George W. Gray Jr.     656309 |
| | Print Name     Bar Number |
| | 110 Haverhill Road, Suite 315 |
| | Address |
| | Amesbury    MA    01913 |
| | City    State    Zip Code |
| | (978) 388-1032    (978) 388-1033 |
| | Phone Number    Fax Number |