688 Boston Post Rd. E
Unit 103
Marlborough, Mass. 01752
June 21, 2005

Clerk- Civil Division
1 Courthouse Way
Suite 2300
Boston MA 02210

Dear Clerk,

RE: **Docket Number: Civil Case 05 10612 DPW**

After a telephone conversation between myself and Mary Cummings of your department- a conversation prodded by Attorney George Gray who has filed limited appearance for purpose of subpoena- it was suggested that I file the enclosed motion to **substitute and correct** the names of the defendants with Judge Woodlock in **Civil Case 05 10612 DPW**.

Enclosed, also, please find copy of the Complaint.

Thank you for your attention in this matter.

Yours truly,

*[signature]*

Robert J. Gallagher, Pro Se Plaintiff

2 enclosures as stated