**U.S. DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Robert J. Gallagher**
  Plaintiff/Petitioner

vs.

**Citizens Bank of Massachusetts**
  Wrong/Unintended Defendant named on docket

Civil No: 05 10612 DPW
Jury Trial Demanded

### Motion to Amend and Substitute Name of Defendant

  Now comes the Plaintiff, Robert J. Gallagher, and moves that this Honorable Court <u>Amend</u> and <u>Substitute</u> the names of the *Defendants* in the Original Complaint cited above (copy herein).
  Complaint is intended to name Defendants/Respondents as: NewPharm.net and Ralph Jordan@NewPharm.net. At this time, the only address available is electronic mail. Plaintiff is in the process of having counsel subpoena Defendants' business and/or residential address for Service of Process.
  Complaint is <u>not</u> intended to name Defendant/Respondent Citizens Bank.

Respectfully submitted,

*/s/ Robert J. Gallagher/*
Robert J. Gallagher, Pro Se    June 21, 2005

cc George Gray, Esq. for limited purpose of subpoena for *Service of Process.*