# U.S. District Court Boston, Massachusetts
## District of Massachusetts

Robert J. Gallagher           Civil No. 05-10612 DPW
Plaintiff

v.                            Jury Trial Demanded

NewPharm Distributors, LLC / Rx-ePharm
Corporate ID # B39894
Eugene E. Newman, Reg. Agent
Ralph Jordan, Acting Agent and/or Individually-Separately
Defendants

### PLAINTIFF AFFIDAVIT

   I, Robert J. Gallagher, Plaintiff in the above case, certify that I have written and read the foregoing document and that, to the best of my knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or a needless increase in the cost of litigation.
   All facts plead therein are herein incorporated.

_____     July 6, 2005
Robert J. Gallagher, Plaintiff      Date

### Certification

   I, Robert J. Gallagher, hereby certify that a true copy of the above was served upon the following via first-class mail and electronic mail subsequent to the July 6, 2005 *Complaint* and *Request for Waiver of Service of Process*:

NewPharm Distributors, LLC / Rx-ePharm
Corporate ID # B39894
Eugene E. Newman, Reg. Agent
Ralph Jordan, Acting Agent and/or Individually-Separately
6734 Edinborough Drive
W Bloomfield, MI 48322

Respectfully submitted,

_____
Robert J. Gallagher (Pro Se at this time)

July 8, 2005

LORRAINE GONZÁLEZ
Notary Public
Commonwealth of Massachusetts
My Commission Expires 8-4-06

State of MA, County of Middlesex
Signed before me on this 8th day of July, 2005 by Robert J Gallagher
Notary Public _____