```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


ROBERT GALLAGHER,              )
     PLAINTIFF,                )
                               )    CIVIL ACTION NO.
          v.                   )    05-10612-DPW
                               )
CITIZENS BANK OF               )
MASSACHUSETTS                  )
     DEFENDANT.                )
```

### ORDER OF DISMISSAL

WOODLOCK, District Judge

    After hearing on August 30, 2005, and in accordance with this Court's ruling denying Plaintiff's motion to substitute parties, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                            BY THE COURT,

                                            /s/ Michelle Rynne

Dated: March 28, 2006              Deputy Clerk